FILED
CLERK, U.S. DISTRICT COURT

JUL 29 2009

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | SA CR 02-00021-DOC -4 |
| ) | |
| Plaintiff, ) | ORDER OF DETENTION AFTER HEARING |
| ) | (Fed.R.Crim.P. 32.1(a)(6) |
| v. ) | 18 U.S.C. § 3143(a) |
| ) | Allegations of Violations of |
| MARCO ESPINOZA, ) | Probation/Supervised Release |
| ) | Conditions) |
| Defendant. ) | |

On arrest warrant issued by the United States District Court for the ___CDCA___ involving alleged violations of conditions of probation/supervised release,

The court finds no condition or combination of conditions that will reasonably assure:

    A.  ( ✓ ) the appearance of defendant as required; and/or

    B.  ( ✓ ) the safety of any person or the community.

    The Court concludes:

    A.  ( ✓ ) Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that: _he can abide by cond. of release_

1  B.  (✓) Defendant is a flight risk because defendant has
2      not shown by clear and convincing evidence that: _
3      _he can abide by cond. of release_
4      _____
5      _____
6      _____
7      _____

8  IT IS ORDERED defendant be detained.

10 DATED: July 29, 2009.                *(signature)*
11                                      CAROLYN TURCHIN
12                                      U.S. MAGISTRATE/DISTRICT JUDGE